# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 30, 2025

### NO. 03-25-00253-CV

**Michael Paul Young, II, Appellant**

**v.**

**Judge Mike Russell, in His Official Capacity as Presiding Judge of the 146th District Court of Bell County, Texas, Appellee**

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY, ELLIS
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE ELLIS**

Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.